UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

WALTER ALEXANDER PAIZ RIOS,

Petitioner,

v.

ACTING WARDEN, et al.,

Respondents.

Case No. 5:26-cv-04354-SSC

JUDGMENT

Pursuant to the Order filed concurrently herewith, **IT IS ADJUDGED** that the petition under 28 U.S.C. § 2241 is granted and that Petitioner **Walter Alexander Paiz Rios (A# 246-324-372)** is to be released from immigration custody immediately.

DATED: August 13, 2026

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE